IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT LUCAS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CITY OF PHILADELPHIA, | : | NO. 11-4376 |
| Defendant. | : | |

## ORDER

AND NOW, this 13th day of *February*, 2012, upon consideration of Defendant the City of Philadelphia's Motion to Dismiss (Docket No. 2) and Plaintiff Robert Lucas's Response in Opposition (Docket No. 5), it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall have twenty (20) days from the date of this Order to file an amended complaint correcting the deficiencies identified in the accompanying Memorandum.

It is so **ORDERED**.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.