# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT LUCAS,               :
                            :        CIVIL ACTION
          Plaintiff,   :
                            :
    v.                      :
                            :
CITY OF PHILADELPHIA,       :
                            :        NO.  11-4376
          Defendant.   :


## ORDER


   **AND NOW**, this *2ⁿᵈ* day of *May*, 2012, upon consideration of Defendant City of

Philadelphia's Partial Motion to Dismiss the Amended Complaint (Docket No. 9) and Plaintiff

Robert Lucas's Response (Docket No. 10), it is hereby **ORDERED** that the Motion is **DENIED**.



                                         BY THE COURT:


                                    *s/ Ronald L. Buckwalter*
                                    RONALD L. BUCKWALTER, S.J.