IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LUCAS, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CITY OF PHILADELPHIA, | : |
| | : NO. 11-4376 |
| Defendant. | : |

**AND NOW**, this *17th* day of *May*, 2013, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (Docket No. 22) and Plaintiff Robert Lucas's Response (Docket No. 24), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. With respect to Counts I and II of the Amended Complaint (race discrimination under the Civil Rights Act and the PHRA):

    a. Defendant's Motion is **DENIED** on Plaintiff's theory of hostile work environment.

    b. Defendant's Motion is **GRANTED** on Plaintiff's theories of hostile work environment constructive discharge and disparate treatment. **JUDGMENT IS ENTERED** in favor of Defendant on these theories under Counts I and II.

2. With respect to Counts III and IV of the Amended Complaint (retaliation under the Civil Rights Act and the PHRA), Defendant's Motion is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendant on these Counts.

3. With respect to Counts V and VI (disability discrimination under the PHRA and the ADA), Defendant's Motion is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendant on these Counts.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.